## Commonwealth *v.* Mleczynski, Appellant.

Submitted June 8, 1970. *Bruce S. Miller,* Assistant Public Defender, and *Peter J. Webby,* Public Defender, for appellant; *Jerry B. Chariton,* Assistant District Attorney, *Charles D. Lemmond, Jr.,* First Assistant District Attorney, and *Blythe H. Evans, Jr.,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Morris, Appellant.

Submitted June 8, 1970. *Michael J. Dowd,* Public Defender, for appellant; *Maurice L. Epstein,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.